United States District Court
Eastern District of New York

AN GAO

                    Plaintiff,

-against-

NEW MULAN LLC, WEI YU a/k/a WENDY YU,
JONATHAN WANG a/k/a YUAN HANG WANG, and QUN YAO

                    Defendants.

AFFIDAVIT OF SERVICE
Civil Action No. 1:25-cv-06572-AMD-RML
Date Filed 11/26/2025

State of New York )
                ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on December 15, 2025 at approximately 1:28 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action, Complaint, Civil Cover Sheet, that the party served was New Mulan LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Anthony Burris, a white male with black hair, being approximately 35 years of age; height of 5'11", weight of 160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                  Edward J. Bowmaker

Sworn to before me this 15 day of December, 2025

Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026